Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 1 9 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

DERRICK GENE BONATO,

Defendant.

2:24-CR-46-TOR

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1),
(b)(1)(B)(vi),
Possession with Intent to
Distribute 40 Grams or More of
Fentanyl
(Counts 1 and 2)

18 U.S.C. §§ 922(g)(1),
924(a)(8),
Felon in Possession of a Firearm
(Count 3)

21 U.S.C. § 853, 18 U.S.C. §
924(d)(1), 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about May 11, 2023, in the Eastern District of Washington, the

Defendant, DERRICK GENE BONATO, knowingly possessed with intent to

INDICTMENT - 1

distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 2

On or about December 14, 2023, in the Eastern District of Washington, the Defendant, DERRICK GENE BONATO, knowingly possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 3

On or about December 14, 2023, in the Eastern District of Washington, the Defendant, DERRICK GENE BONATO, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: Glock Model 19 9mm pistol bearing serial number BHLA136 and a Glock Model 20 10mm pistol bearing serial number BVXX623, which firearms had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT - 2

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), as set forth in Counts 1 and 2 of this Indictment, the Defendant, DERRICK GENE BONATO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any forfeitable property described above, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in Count 3 of this Indictment, the Defendant, DERRICK GENE BONATO, shall forfeit to the United States of America, any firearm, ammunition, and accessories involved or used in the commission of the offense, including, but not limited to:

INDICTMENT - 3

- a Glock Model 19 9mm pistol bearing serial number BHLA136, and

- a Glock Model 20 10mm pistol bearing serial number BVXX623

DATED this 19 day of March 2024.

A TRUE BILL

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

*Caitlin Baunsgard*

Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 4